**UNITED STATES of America,
Plaintiff–Appellant,**

v.

**Angel CERCEDA, Defendant–Appellee.**

UNITED STATES of America,
Plaintiff–Appellant,

v.

Courtney Ricardo ALFORD, a.k.a. "Rickey," Edward Bernard Williams, a.k.a. "Bernard," Nathaniel Dean, Defendants–Appellees.

UNITED STATES of America,
Plaintiff–Appellant,

v.

Hector FERNANDEZ–DOMINGUEZ,
Defendant–Appellee.

UNITED STATES of America,
Plaintiff–Appellant,

v.

Jesus E. CARDONA, Defendant–Appellee.

UNITED STATES of America,
Plaintiff–Appellant,

v.

Carlos HERNANDEZ, Defendant–Appellee.

UNITED STATES of America,
Plaintiff–Appellant,

v.

Adolfo MESTRIL, a.k.a. "El Gordo," Jose Herminio Benitez, a.k.a. "William Muniz," a.k.a "Emilio," Heriberto Alvarez, Elpidio, Pedro Iglesias–Cruz, a.k.a. "Budweiser," Defendants–Appellees.

UNITED STATES of America,
Plaintiff–Appellant,

v.

Minnie Ruth WILLIAMS, Ralph W. Corker, Defendants–Appellees.

UNITED STATES of America,
Plaintiff–Appellant,

v.

Hiram MARTINEZ, Jr., Defendant–Appellee.

UNITED STATES of America,
Plaintiff–Appellant,

v.

Diogenes PALACIOS, Defendant–Appellee.

UNITED STATES of America,
Plaintiff–Appellant,

v.

Fred DE LA MATA, Manuel A. Calas, Oscar Castilla and Enrique Fernandez, Defendants–Appellees.

UNITED STATES of America,
Plaintiff–Appellant,

v.

Steven JOHNSON, Defendant–Appellee.

UNITED STATES of America,
Plaintiff–Appellant,

v.

Francisco Jose ARIAS, Gustavo Javier Pirela–Avila, Defendants–Appellees.

UNITED STATES of America,
Plaintiff–Appellant,

v.

Enrique ACOSTA, Milciades Jiminez, Defendants–Appellees.

UNITED STATES of America,
Plaintiff–Appellant,

v.

Carlos A. ZAPATA, Defendant–Appellee.

UNITED STATES of America,
Plaintiff–Appellant,

v.

Jose Michael VILARINO,
Defendant–Appellee.

UNITED STATES of America,
Plaintiff–Appellant,

v.

Victor LONG, Israel Ael, Miguel Campos, Jose Visozo, Narciso Suarez, and Oscar Karin, a.k.a. MAS, Defendants–Appellees.

UNITED STATES of America,
Plaintiff–Appellant,

v.

Javier BONILLA, Defendant–Appellee.

UNITED STATES of America,
Plaintiff–Appellant,

v.

Diogenes PALACIOS, Defendant–
Appellee.

UNITED STATES of America,
Plaintiff–Appellant,

v.

Zaida Fatima BORGE, a.k.a. Gorda,
Defendant–Appellee.

UNITED STATES of America,
Plaintiff–Appellant,

v.

Francis Joseph BRADLEY, a.k.a. Frank
Bradley, Defendant–Appellee.

UNITED STATES of America,
Plaintiff–Appellant,

v.

Jaime A. DURANGO, Defendant–Appellee,

UNITED STATES of America,
Plaintiff–Appellant,

v.

Zaida Fatima BORGE, a.k.a. Gorda,
Defendant–Appellee.

UNITED STATES of America,
Plaintiff–Appellant,

v.

Nathaniel DEAN, Edward Bernard
Williams, Defendants–
Appellees.

Nos. 95–4628, 95–4610 to 95–4613, 95–4617,
95–4618, 95–4626, 95–4629 to 95–4635, 95–
4659, 95–5244, 95–5298, 95–5369, 95–5566,
96–4584, 96–5043 and 96–5067.

United States Court of Appeals,
Eleventh Circuit.

Nov. 19, 1998.

Fred A. Schwartz, Jeffrey B. Crockett,
Miami, FL, for Cerceda.

William A. Keefer, U.S. Atty., Adalberto
Jordan and Dawn Bowen, Asst. U.S. Attys.,
Miami, FL, for United States.

Pamela Perry, Berman, Shohat, Loewy &
Perry, Miami, FL, for Alford.

John Browdy, Miami, FL, for Williams and
Dean.

Kathleen Williams, Fed. Pub. Defender,
and Helen C. Trainor, Asst. Fed. Pub. De-
fender, Ft. Lauderdale, FL, for Zapata,
Borge and Bradley.

Jacqueline Rubin, Asst. Fed. Pub. Defend-
er, Miami, FL, and Kathleen M. Williams,
Fed. Pub. Defender, Ft. Lauderdale, Fl, for
Fernandez-Dominguez.

Thomas F. Almon, Miami, FL, for Cardo-
na, Johnson and Arias.

Oscar Arroyave, Miami, FL, for Hernan-
dez.

Jose Batista, Hialeah, FL, Roy J. Kane,
Jose Rafael Rodriguez, Jesus F. Bujan, Mia-
mi, FL, for Mestril, Benitez, Alvarez and
Iglesias-Cruz.

Richard J. Diaz, Miami, FL, for Williams
and Corker.

Roy E. Black, Black & Seiden, Miami, FL,
for Martinez and Calas.

Philip Horowitz, Miami, FL, for Palacios.

Guy Richard Strafer, Quinon, Strafer &
Scola, P.A., Miami, FL, for De La Mata and
Abel.

Michael S. Pasano, Zuckerman, Spaedeer,
Taylor & Evans, Miami, FL, for Castilla.

Paul Rashkind, Asst. Fed. Pub. Defender,
Miami, FL, Kathleen J. Cooper, Asst. Fed.
Pub. Defender, Ft. Lauderdale, for Fernan-
dez.

Guy W. Turner, Coral Gables, FL, for
Pirela-Avila.

Barry Shevlin, Bay Harbor Island, FL, for
Jimenez.

Manuel Gonzalez, Jr., Miami, FL, for Acos-
ta.

Leonard F. Baer, Coral Gables, FL, for Vilarino.

Robert J. Becerra, Raskin & Raskin, P.A., Miami, FL, for Long.

Joel Kaplan, Miami, FL, for Vozoso.

Frank Quintero, Miami, FL, for Campos.

David J. Joffe, Coconut, FL, for Suarez.

G.P. Della Fera, Miami, FL, for Karin.

James Benjamin, Ft. Lauderdale, FL, for Bonilla.

Reemberto Diaz, Diaz & Batista, P.A., Coral Gables, FL, for Durango.

ON PETITION FOR REHEARING AND SUGGESTION FOR REHEARING EN BANC

(Opinion April 23, 1998, 139 F.3d 847)

Before HATCHETT, Chief Judge, and TJOFLAT, ANDERSON, EDMONDSON, COX, BIRCH, DUBINA, BLACK, CARNES, BARKETT and HULL, Circuit Judges.[*]

BY THE COURT:

A member of this court in active service having requested a poll on the suggestion of rehearing en banc and a majority of the judges in this court in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that the above cause shall be reheard by this court en banc. The previous panel's opinion is hereby VACATED.